UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION C R 1 2 3 - 0 7 0

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 1111 |
| | ) | **Premeditated Murder** |
| APRIL EVALYN SHORT | ) | |
| | ) | 18 U.S.C. § 1111 |
| | ) | **Felony Murder** |
| | ) | |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Premeditated Murder*
18 U.S.C. § 1111

On or about November 15, 2023, on Fort Eisenhower Army Installation, a

place within the special maritime and territorial jurisdiction of the United States,

within the Southern District of Georgia the defendant,

**APRIL EVALYN SHORT,**

willfully, deliberately, maliciously, and with premeditation and malice aforethought,

did unlawfully kill a human being identified herein by the initials E. S. by stabbing

and cutting E. S. with an edged weapon.

All in violation of Title 18, United States Code, Sections 7 and 1111.

## COUNT TWO
*Felony Murder*
18 U.S.C. § 1111

On or about November 15, 2023, on Fort Eisenhower Army Installation, a place within the special maritime and territorial jurisdiction of the United States, within the Southern District of Georgia the defendant,

### APRIL EVALYN SHORT,

did, with malice aforethought, unlawfully kill a human being herein identified by the initials E. S., a person who had not yet attained the age of eighteen (18) years, who was under the care and control of the accused, and who was at least six (6) years younger than the accused, by stabbing and cutting E. S. with an edged weapon while engaged in the knowing and willful perpetration of child abuse.

All in violation of Title 18, United States Code, Sections 7 and 1111.

*(signatures follow on the next page)*

2

A True Bill.

Jill E. Steinberg
United States Attorney

Tania D. Groover
Assistant United States Attorney
Criminal Division Chief

Patricia G. Rhodes
Assistant United States Attorney
Lead Counsel

Henry W. Syms, Jr.
Assistant United States Attorney
Co-counsel

3