UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR123-070

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1111 |
| | ) | Premeditated Murder |
| APRIL EVALYN SHORT | ) | |
| | ) | 18 U.S.C. § 1111 |
| | ) | Felony Murder |
| | ) | |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:  **Premeditated Murder**
18 U.S.C. § 1111

- Death or imprisonment for not less than life
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release
- $100 special assessment

Count 2:  **Felony Murder**
18 U.S.C. § 1111

- Death or imprisonment for not less than life
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release
- $100 special assessment

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*
Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009



1