UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NOS.: |
| | ) | |
| | ) | CR 122-090, Fields |
| LEAVE OF ABSENCE REQUEST | ) | CR 122-104, Crawford |
| PATRICIA G. RHODES | ) | CR 122-114, Wright, et al |
| June 3, 2024, through and | ) | CR 123-025, Wilson |
| including June 21, 2024 | ) | CR 123-070, Short |
| | ) | CR 124-001, Burke |
| | ) | CR 124-003, McEver |

## MOTION FOR LEAVE OF ABSENCE

Comes now the undersigned Assistant United States Attorney, Patricia G. Rhodes, counsel of record for the Government in the above-referenced cases, and respectfully requests that the Court grant a leave of absence for the dates below: June 3, 2024 through and including June 21, 2024, for the purpose of personal travel.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the Government respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the Government in the absence of the undersigned Assistant United States Attorney.

1

WHEREFORE, the Government respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 1st day of February, 2024.

        Respectfully submitted,

        JILL E. STEINBERG
        UNITED STATES ATTORNEY

        ***/s/ Patricia G. Rhodes***
        Patricia G. Rhodes
        Assistant United States Attorney
        Georgia Bar No. 307288
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, GA   30903
        (706) 724-0517
        patricia.rhodes@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted this 1st day of February, 2024.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar No. 307288
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, GA   30903
(706) 724-0517
patricia.rhodes@usdoj.gov
