**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

### CLERK'S MINUTES

CASE NO.: 1:23cr070

UNITED STATES OF AMERICA

V.

April Evalyn Short

DATE April 30, 2024

TIMES: 2:14 - 2:56

**Honorable:** Brian K. Epps, United States Magistrate Judge

**Court Reporter:** FTR

**Probation Officer:**

**Security:** Ingram

**Courtroom Deputy:** Courtnay J. Capps

**Law Clerk:**

**USMS:** Brant

**Attorney for Government:** Patricia Rhodes, Hank Syms

**Attorney for Defendant(s):** Pete Theodocion

**PROCEEDINGS:**

☑ All parties present and ready to proceed

Witness for the Govt: **Dr. Macy Wilson**          ☑ Witness sworn

Witness for the Govt:                              ☐ Witness sworn

Witness for the Deft:                              ☐ Witness sworn

Witness for the Deft:                              ☐ Witness sworn

**NOTES:**

Exhibits 1-3 marked and admitted.
The Court takes the matter under advisement.