IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-070 |
| | ) | |
| APRIL EVALYN SHORT | ) | |

**O R D E R**

Before the Court is the government's unopposed motion to designate this case as complex. (Doc. no. 25.) For all the reasons detailed in the motion, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), this case is so unusual or complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1). The Court further finds the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** the motion to designate this case as complex and excludes the time from May 10, 2024, until further ruling of the Court from computation under the Speedy Trial Act.

SO ORDERED this 10th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA