IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR 23-070 |
| | ) | |
| APRIL EVALYN SHORT, | ) | |
|     Defendant | ) | |

## NOTICE OF INTENT TO ASSERT INSANITY DEFENSE AND TO INTRODUCE EXPERT EVIDENCE OF MENTAL DISEASE

Comes now the Defendant APRIL EVALYN SHORT and files this her notice to assert an insanity defense and to introduce evidence of mental disease and defect per FRCP 12.2.

The defense plans to call expert Macy Wilson, Psy.D.

This 7th day of June, 2024.

                                                                               **/s/ J. Pete Theodocion**

                                                                               _____
                                                                               J. Pete Theodocion
                                                                               Attorney for Defendant
                                                                               Ga. Bar No. 703999

J. PETE THEODOCION, ESQ.
507 WALKER STREET
AUGUSTA, GA 30901
(706) 722-3000

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing notice with the Clerk of the Court using the Court's CM/ECF system in accordance with local rules.

This 7th day of June, 2024.

/s/ J. Pete Theodocion
_____
J. Pete Theodocion
Attorney for Defendant

J. PETE THEODOCION, ESQ.
507 WALKER STREET
AUGUSTA, GA 30901
(706) 722-3000