| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **CASE NO: 1:23-CR-70** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **APRIL EVALYN SHORT** | **)** | |

**GOVERNMENT'S CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via external hard drive on June 12, 2024.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number:  (706) 826-4536

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **CASE NO: 1:23-CR-70** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **APRIL EVALYN SHORT** | **)** | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S**
**CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in

accordance with the notice of electronic filing ("NEF") which was generated as a result

of electronic filing in this Court.

This 12th day of June 2024.

<div style="margin-left:50%">

JILL E. STEINBERG
UNITED STATES ATTORNEY

***/s/ Henry W. Syms, Jr.***

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009

</div>

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4536