# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:23-CR-70** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APRIL EVALYN SHORT** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via email on July 8, 2024.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

**/s/ Henry W. Syms, Jr.**

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4536

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:23-CR-70 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APRIL EVALYN SHORT** | ) | |

## CERTIFICATE OF SERVICE FOR GOVERNMENT'S CERTIFICATE OF DISCLOSURE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of July 2024.

        JILL E. STEINBERG
        UNITED STATES ATTORNEY

        ***/s/ Henry W. Syms, Jr.***

        Henry W. Syms, Jr.
        Assistant United States Attorney
        Georgia Bar Number 695009

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4536