US v. April Short
20240708 Production Log

| BegDoc | EndDoc | PgCount | Filename | DocExt | EDFolder |
|---|---|---|---|---|---|
| 00001672 | 00001672 | 1 | Placeholder_Short_James_Partial_Phone_Extraction.pptx | pptx | 20240602\ |
| 00001673 | 00001768 | 96 | April Short Interview Part 1.pdf | pdf | Short Interview Transcripts\ |
| 00001769 | 00001808 | 40 | April Short Interview Part 2.pdf | pdf | Short Interview Transcripts\ |
| 00001809 | 00001876 | 68 | April Short Interview Part 3.pdf | pdf | Short Interview Transcripts\ |
| 00001877 | 00001881 | 5 | CV - H. HALL.pdf | pdf | 20240705\ |
| 00001882 | 00001884 | 3 | CV Franco Jul 2024.pdf | pdf | 20240705\ |
| 00001885 | 00001887 | 3 | Martucci_Resume2024.pdf | pdf | 20240705\ |
| 00001888 | 00001917 | 30 | michael.vitacco.cv1(current).pdf | pdf | 20240705\ |
| 00001918 | 00001918 | 1 | Whiting CV.pdf | pdf | 20240705\ |