IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:23-mj-63 |
| | ) | |
| APRIL EVALYN SHORT, | ) | |
|     Defendant | ) | |

**NOTICE OF INTENT TO ASSERT INSANITY DEFENSE AND TO
INTRODUCE EXPERT EVIDENCE OF MENTAL DISEASE AND DEFECT**

COMES NOW, Defendant April Evalyn Short, and pursuant to Fed. R. Crim. P. 12.2(a)

hereby notifies the Government that she intends to assert a defense of insanity at the time of the

alleged offense.

Pursuant to Fed. R. Crim. P. 12.2(b), Short gives notice as to her intent to introduce expert

evidence of a mental disease or defect bearing on both the issue of guilt and the issue of

punishment in a capital case.

This 17th of July, 2024.

/s/ *J. Pete Theodocion*

_____

J. Pete Theodocion
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999

**CERTIFICATE OF SERVICE**

This is to certify that on this date I have served a copy of the within notice upon counsel for the Government by filing with the Courts CM/ECF system according to Court rules.

This 17th day of July, 2024.

/s/ *J. Pete Theodocion*

_____
J. Pete Theodocion
Attorney for Defendant

J. Pete Theodocion, P.C.
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999