IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO.: : CR123-070 |
| APRIL EVALYN SHORT | |
| Defendant. | |

## JOINT STATUS REPORT

I. Date of Status Report Conference: November 7, 2024

II. Conference Attendees:

| Name | Role |
|---|---|
| J. Pete Theodocion | Attorney for Defendant Short |
| Henry W. Syms, Jr. | AUSA |
|  |  |

III. Pretrial Motions.

☒ All pretrial motions have been satisfied or otherwise resolved.[1]

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |

---

1 During the Status Report Conference, counsel for the defendant represented that the government would be provided with reciprocal discovery, if any, as requested in the relevant pretrial motion filed by the government.

**Complete Remaining Portions Only In Judge Baker Cases**

IV. Are the parties prepared to proceed to trial? If so, list three potential dates for a telephonic status conference with the presiding District Judge. Yes/No

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
|  |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request? Yes/No

| Additional Time Requested |
|---|
|  |

This day November 8, 2024.

                  */s/ Henry W. Syms, Jr.*
                  Assistant United States Attorney

                  */s/ J. Pete Theodocion*
                  Attorney for Defendant Short