UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR: 1:23-070 |
| **APRIL EVALYN SHORT** | ) ) ) | |

## ORDER

Upon consideration of the Joint Motion to Continue the Rule 11 hearing until review by the Attorney General is completed, the Motion is **GRANTED**.

**SO ORDERED** this ___ day of March 2025.

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1