# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. CR123-070

United States of America

vs.

April Evalyn Short / 31
9:58 am - 11:04 am

_____
Defendant/Age

U. S. Attorney: **Patricia Rhodes/Henry Syms**

Attorney for Defendant: **James Pete Theodocion**

[✓] Plea agreement **(Received)**.  [✓] Defendant Sworn  [ ] Counsel Waived.

[ ] Plea agreement previously filed.

[ ] Arraigned and plead _____ to count(s) _____.

[✓] Plea of not guilty withdrawn and plea of **One (lesser included offense)** entered as to count(s) _____ of the indictment.

[✓] Factual basis **Established. Oral. Plea Accepted** Witness for factual basis **SA Matthew Ehrhart / Dr. Michael Vitacco**.

[✓] Adjudication of guilt **Made.**

[✓] Referred to probation office for pre-sentence investigation **Yes.**

[✓] Sentencing Scheduled for **a later date** at _____.

[ ] Bond Continued ___   Bond modified to _____.

Bond set at _____

[✓] Bond not made defendant in jail.

[✓] Defendant remanded to custody of United States Marshal.

Honorable **J. Randal Hall, U. S. District Court Judge**         Date **March 25, 2025**

Court Reporter **Lisa Davenport**                                 Probation Officer **Evan Howard**

Courtroom Deputy Clerk **Lisa Widener**                           U.S. Marshal