# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHANGE OF PLEA IN  USA V. APRIL EVALYN SHORT

CRIMINAL NO. CR123-070   AT  AUGUSTA, GEORGIA

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  APRIL EVALYN SHORT , HAVING

PREVIOUSLY ENTERED A PLEA OF  NOT GUILTY ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  GUILTY  TO  COUNT ONE (Lesser Included Offense)

IN THE INDICTMENT.

THIS  25  DAY OF  March , 2025.

NOLLE PROSSE AS

TO COUNT(S) _____

_/s/ April Short_
APRIL EVALYN SHORT    DEFENDANT

_/s/_
COUNSEL FOR DEFENDANT
JAMES PETE THEODOCION